**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7021**

DENNIS RYDBOM,

Plaintiff - Appellant,

v.

LISA BOGGS, Supervisor II at Mt. Olive Correctional Complex; DAVID BALLARD, Warden of Mt. Olive Correctional Complex; JAMES RUBENSTEIN, Commissioner of the W.Va. D.O.C.,

Defendants - Appellees.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. Joseph R. Goodwin, District Judge. (2:15-cv-12155)

Submitted: December 18, 2018                    Decided: December 21, 2018

Before AGEE, THACKER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dennis Rydbom, Appellant Pro Se. Mark Jeffrey McGhee, William E. Murray, ANSPACH MEEKS ELLENBERGER PLLC, Charleston, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis Rydbom appeals the district court's order accepting in part the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rydbom v. Boggs*, No. 2:15-cv-12155 (S.D.W. Va. July 11, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*